UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 22-2277 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated June 17, 2024, the parties respectfully submit this joint status report for this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. On August 2, 2022, Plaintiff initiated this civil action regarding a FOIA request that was submitted on March 31, 2022, which is attached as Exhibit A to the Complaint (ECF No. 1-1).

2. As reported previously by the Defendant, the Department of State ("Department") has finished collection of potentially responsive records. The Department reports that it identified approximately 2,176 potentially responsive records. Currently, the Department reports that approximately 136 potentially responsive pages remain to be processed, and approximately 118 pages are currently in the external clearance process.

3. Since the parties' prior joint status report, the Department issued: a release determination letter on June 18, 2024, informing Plaintiff that the Department has identified seven responsive records, for a total of 47 pages, all of which were released in part; a release determination letter on July 30, 2024, informing Plaintiff that the Department has identified five

responsive records, for a total of 25 pages, all of which were released in part; and a release determination letter on September 10, 2024, informing Plaintiff that the Department has identified one responsive record, for a total of 18 pages, which was released in part.

4. The Department will continue processing records and aims to continue issuing its release determination letters on six-week intervals, though processing will be subject to additional factors including whether the documents require internal or external clearances. The Department reports that it has made its best efforts to process an average of 450 pages every six weeks.

5. Plaintiff has expressed concern about the number of pages processed every six weeks. The Department reports that the records that remain are generally those that require the most time-consuming internal and/or external clearance process, which prevents it from meeting that processing average for the remaining productions. The Department reports that it is continuing to work to obtain the final requisite clearances so that productions can conclude.

6. Plaintiff has expressed concern about the adequacy of the search. The Department is preparing a description of its search for Plaintiff to review in an effort to reduce disputes for the Court. The Department anticipates providing its draft search description to Plaintiff on or before October 25, 2024.

7. The parties respectfully request that they file their next joint status report on or before December 13, 2024.

* * *

Dated: September 13, 2024

/s/ Matthew Marchiori
Adam K. Levin (DC Bar #460362)
Matthew Marchiori (DC Bar #1779642)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Tel. (202) 637-5600
Fax (202) 637-5910
adam.levin@hoganlovells.com
matthew.marchiori@hoganlovells.com

*Counsel for Plaintiff IRAP*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:        /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar #1020234
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

*Attorneys for the United States of America*