UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 22-2277 (JEB) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated September 16, 2024, the parties respectfully submit this joint status report for this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. On August 2, 2022, Plaintiff initiated this civil action regarding a FOIA request that was submitted on March 31, 2022, which is attached as Exhibit A to the Complaint (ECF No. 1-1).

2. As reported previously by the Defendant, the Department of State ("Department") has finished collection of potentially responsive records. The Department reports that it identified approximately 2,176 potentially responsive records. Currently, the Department reports that approximately 97 responsive pages remain to be processed—all of which are currently in the external clearance process.

3. Since the parties' prior joint status report (ECF No. 18), the Department issued: a release determination letter on October 22, 2024, informing Plaintiff that the Department identified three responsive records, which were referred to another federal agency; and a release

determination letter on December 3, 2024, informing Plaintiff that the Department identified three responsive records, for a total of 15 pages, all of which were released in part.

4. In response to Plaintiff's request, the Department provided Plaintiff with a preliminary description of its search for Plaintiff to review, on December 3, 2024, in an effort to reduce disputes for the Court.

5. Plaintiff is currently reviewing and expresses concern that the Department was not able to provide a fulsome description of its search by the originally proposed anticipated date of October 25, 2024.

6. The parties respectfully request that they file their next joint status report on or before March 14, 2025.

Dated: December 13, 2024   Respectfully submitted,

/s/ Matthew Marchiori
Adam K. Levin (DC Bar #460362)
Matthew Marchiori (DC Bar #1779642)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Tel. (202) 637-5600
Fax (202) 637-5910
adam.levin@hoganlovells.com
matthew.marchiori@hoganlovells.com

*Counsel for Plaintiff IRAP*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar #1020234
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

*Attorneys for the United States of America*