UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 22-2277 (JEB) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated December 13, 2024, the parties respectfully submit this joint status report for this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. On August 2, 2022, Plaintiff initiated this civil action regarding a FOIA request that was submitted on March 31, 2022, which is attached as Exhibit A to the Complaint (ECF No. 1-1).

2. As reported previously by the Defendant, the Department of State ("Department") has finished collection of potentially responsive records. The Department reports that it identified approximately 2,176 potentially responsive records. In December 2024, the Department reported that approximately 97 responsive pages remain to be processed — all of which are currently in the external clearance process. The Department is conducting an audit, pursuant to standard practice as cases are close to conclusion, to confirm how many records remain to be processed.

3. Since the parties' prior joint status report (ECF No. 19), the Department issued: a release determination letter on January 14, 2025, informing Plaintiff that the Department identified four responsive records, for a total of 38 pages, all of which were released in part; and a release

determination letter on February 24, 2025, informing Plaintiff that the Department identified two responsive records, for a total of 17 pages, all of which were released in part.

4. In response to Plaintiff's request, the Department provided Plaintiff with a preliminary description of its search. The parties continue to confer in an effort to come to an agreement related to additional searches for the Department to conduct for potentially responsive records in order to resolve the matter.

5. The parties respectfully request that they file their next joint status report on or before June 6, 2025.

Dated:  March 14, 2025                                    Respectfully submitted,

/s/ Matthew Marchiori                              EDWARD R. MARTIN, JR., D.C. Bar #481052
Adam K. Levin (DC Bar #460362)          United States Attorney
Matthew Marchiori (DC Bar #1779642)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.                      By:            /s/ *Douglas C. Dreier*
Washington, DC 20004                             DOUGLAS C. DREIER, D.C. Bar #1020234
Tel. (202) 637-5600                                    Assistant United States Attorney
Fax (202) 637-5910                                    601 D Street, NW
adam.levin@hoganlovells.com                Washington, DC 20530
matthew.marchiori@hoganlovells.com  (202) 252-2551

*Counsel for Plaintiff IRAP*                       *Attorneys for the United States of America*