UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 22-2277 (JEB) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated March 17, 2025, the parties respectfully submit this joint status report for this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. On August 2, 2022, Plaintiff initiated this civil action regarding a FOIA request that was submitted on March 31, 2022, which is attached as Exhibit A to the Complaint (ECF No. 1-1).

2. As reported previously by the Defendant, the Department of State ("Department") has finished collection of potentially responsive records.

3. Since the parties' prior joint status report (ECF No. 20), the Department reports it issued: a release determination letter on April 8, 2025, informing Plaintiff that the Department identified twenty-six responsive records, releasing seven records in part and withholding nineteen records in full, and provided approximately 228 pages; and a release determination letter on May 20, 2025, informing Plaintiff that the Department identified twelve responsive records, for a total of approximately 168 pages, all of which were released in part.

4. The Department reports it conducted an audit, pursuant to standard practice as cases are close to conclusion, and confirmed 81 records remain to be processed.

5. In response to Plaintiff's request, the Department provided Plaintiff with a preliminary description of its search and proposed narrowing to process responsive material more efficiently. The parties continue to confer in an effort to come to an agreement related to additional searches for the Department to conduct for potentially responsive records in order to resolve the matter.

6. The parties respectfully request that they file their next joint status report on or before September 9, 2025.

Dated: June 6, 2025                                      Respectfully submitted,

/s/ Matthew Marchiori                                    JEANINE FERRIS PIRRO
Adam K. Levin (DC Bar #460362)                           United States Attorney
Matthew Marchiori (DC Bar #1779642)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.                              By:         /s/ Douglas C. Dreier
Washington, DC 20004                                        DOUGLAS C. DREIER, D.C. Bar #1020234
Tel. (202) 637-5600                                         Assistant United States Attorney
Fax (202) 637-5910                                          601 D Street, NW
adam.levin@hoganlovells.com                                 Washington, DC 20530
matthew.marchiori@hoganlovells.com                          (202) 252-2551

*Counsel for Plaintiff IRAP*                             *Attorneys for the United States of America*